Could the parties please approach? State your name for the record. Howard Schaffner, Herfeld and Schaffner representing Eppelant. Ron Payne, PAY&E on behalf of the Defendants for Transportation, Peter Ulbricht. Thank you. I believe you are both familiar with the rules. We allot 15 minutes for each side to make your argument to us this morning. Mr. Schaffner, do you wish to reserve time for rebuttal? No. No. Very well. Well, then you are ready to proceed. We're ready. I have a question before we proceed. All right. Yes, sir. Did either of you attempt or try to settle this case after you found out where you were? It would have made sense to make that effort, but I don't believe it. You think, would you consider doing it now? I've had brief discussions with Mr. McNary, but it seemed like his position hadn't changed from before the trial occurred. From our point of view, the answer is yes, we would. My client is always willing to discuss matters, but I don't have the ability or insight. You're always concerned that it appears to be a sign of weakness, but we would certainly talk about the case. I guess the question is either if you want to pass it and talk to your people or in the alternative, if you want to wait until you see the result of what we do with it, because I think we know what we're going to do. OK. Which kind of gives you a hint. But anyway, that's your decision. So I don't know if you want to pass and talk or if you want to just proceed. It's up to you. Is the Court's decision going to be issued today or will there be argument in time to wait to hear the opinions that we can discuss with our clients about what we're going to do with it? Well, I suppose what Justice Fitzgerald-Smith is asking is if you wish to take a brief recess to discuss the notion of settlement, we're prepared to pass and come back. From our point of view, yes. At the Court's suggestion, we would do so as well. All right. I don't know how long or if you want to go back in there and we go back to our chambers and have them call you, us. So be it. I'd like to see if I can get a hold of the person who's All right. All right. Well, we'll wait here for a few minutes to see if you do that. And if yes, then we'll adjourn to our chambers and give you some time to talk. And if you want one of us, since that was my hobby when I was in the law division, I settled about 50 or 60 cases in the three years I was there. So it's entirely up to you. I think would be extremely helpful. All right. Then why don't you take this time? Why don't you call your client? Make some decision as to whether or not you can even begin to engage in settlement. And we'll we'll come off the bench. The clerk can tell us whether or not we need to reconvene. All right. Thank you. Thank you. Yes. Thank you.  We would appreciate whatever help the Court can give us in disposing of this case. I'm sorry for the 20-minute delay. I had to get ahold of people who were not expecting this call, but he suggested that since Judge Smith is here. Do you want to do it today or do you want to schedule? Do you want to do it today? And I'll just have the – we'll schedule it with my chambers. Whatever's best for the Court. If we're ready today, we can come back. Well, let's go upstairs then to 17, my chambers. Great. I'll meet you up there in a few minutes. Okay. We appreciate it. All right? Thank you.